COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi

Appellate case number:      01-18-00425-CV

Trial court case number:    13-DCV-206211

Trial court:                505th District Court of Fort Bend County

Appellee, Lubna Aziz Safi, has filed a motion to reinstate this appeal. On January 17, 2020, appellant, Hani Hafiz Ibrahim Qutiefan, filed a letter with the Clerk of this Court "requesting an automatic stay" of this appeal, as appellant "filed bankruptcy in the US bankruptcy court of Downtown HOUSTON, TEXAS." On January 28, 2020, we issued an order striking appellant's notice letter for failing to include all information requested by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.1. The January 28, 2020 order further ordered appellant to file a notice of bankruptcy in compliance with Texas Rule of Appellate Procedure 8.1, but appellant has not responded to the Court's order. On May 7, 2020, the Court abated the appeal pending appellant's purported bankruptcy proceeding.

On May 26, 2020, appellee filed a motion to reinstate the appeal. Appellee's motion states that she has requested information from appellant regarding his bankruptcy proceeding, but appellant has not responded. Appellee's motion further states that she has searched the bankruptcy court's records but has found no record of a pending bankruptcy proceeding related to appellant.

Accordingly, we issue the following order. Appellant is **ORDERED** to file a response to appellee's motion to reinstate the appeal within 10 days of the date of this order. Appellant's response shall include all the information required by Texas Rule of Appellate Procedure 8.1. *See* TEX. R. APP. P. 8.1 (requiring notice of bankruptcy to contain: (1) the bankrupt party's name; (2) the court in which the bankruptcy proceeding is pending; (3) the bankruptcy proceeding's style and case number; and (4) the date when the bankruptcy petition was filed). If appellant does not file a response within 10 days of the date of this order, the Court will reinstate the appeal.

It is so ORDERED.


Judge's signature:  /s/  Evelyn V. Keyes
                    ☑  Acting individually    ☐  Acting for the Court

Date:  ___September 3, 2020_____